**Fill in this information to identify the case:**

Debtor 1  Rebbie J. Foster

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of  Illinois
                                                                (State)

Case number  13- 20377

---

Form 4100N

# Notice of Final Cure Payment                                    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** Caliber Home Loans Inc. & Rushmore Loan Management Services, LLC.

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 0 8

**Property address:** 16436 Oxford Drive
Number    Street

Markham    Illinois    60426
City       State      ZIP Code

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:**                                    Amount

a. Allowed prepetition arrearage:                                                 (a) $ _____
b. Prepetition arrearage paid by the trustee:                                     (b) $ _____
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):  (c) $ _____
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:  (d) $ _____
e. Allowed postpetition arrearage:                                                (e) $ _____
f. Postpetition arrearage paid by the trustee:                                   + (f) $ _____

g. **Total**. Add lines b, d, and f.                                              (g) $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Mortgage is paid through the trustee.

  Current monthly mortgage payment:                                              $ 85,737.78

  The next postpetition payment is due on:  ___/___/_____
                                           MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                    **Notice of Final Cure Payment**                   page **1**

| Debtor 1 | Rebbie J. Foster | Case number (*if known*) 13-20377 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Anthony Kudron
Signature

Date 3/ 30/ 2018

Trustee: Anthony Kudron
First Name  Middle Name  Last Name

Address: 20 South Clark Street, Suite 2800
Number  Street

Chicago    Illinois    60603
City    State    ZIP Code

Contact phone ( 312 ) 913 – 0625

Email Akudron@semradlaw.com