06/27/18 08:52:37 Desc Main

**Fill in this information to identify the case:**

Debtor 1: Rebbie J. Foster

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 13- 20377

---

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust and others included in the June 14, 2018 bankruptcy court order. ECF No. 62.

**Court claim no.** (if known): 2-1 or 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 0 8

**Property address:**
16436 Oxford Drive
Number    Street

Markham    Illinois    60426
City       State      ZIP Code

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:** | **Amount**
---|---
a. Allowed prepetition arrearage: | (a) $ _____
b. Prepetition arrearage paid by the trustee: | (b) $ _____
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ _____
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ _____
e. Allowed postpetition arrearage: | (e) $ _____
f. Postpetition arrearage paid by the trustee: | + (f) $ _____
g. **Total.** Add lines b, d, and f. | (g) $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ 85,737.78

The next postpetition payment is due on: ___/___/_____
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N        **Notice of Final Cure Payment**        page **1**

| Debtor 1 | Rebbie J. Foster | Case number (*if known*) 13-20377 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✘ _____    Date ____/____/_____
Signature

Trustee _____
First Name    Middle Name    Last Name

Address  20 South Clark Street, Suite 2800
Number    Street

Chicago                    Illinois    60603
City                       State      ZIP Code

Contact phone ( 312 ) 913 _ 0625          Email Akudron@semradlaw.com

Form 4100N                **Notice of Final Cure Payment**                page **2**