## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13 B 20377 |
| REBBIE J. FOSTER ) | HON. DONALD R. CASSLING |
| ) | CHAPTER 13 |
| ) | |
| DEBTOR ) | |

### PROOF OF SERVICE

The undersigned, an attorney, certifies the law firm sent the attached filed Notice of Final Cure Payment (4100N) on July 3, 2018 to:

The Chapter 13 Trustee listed above, via electronic notice;

The U.S. Trustee listed above via, electronic notice;

Anselmo, Lindberg & Associates LLC., 1771 W. Diehl Road, Suite 120, Naperville, Illinois 60563.  Attorneys representing U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust.  Via certified mail and first-class mail.

U.S. Bank, P.O. Box 21977, Eagan, MN, 55121.  Via certified mail and first-class mail.

Ditech Financial LLC., Registered Agent, CT Corporation System, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604.  FDBA, Green Tree Servicing LLC.  Via certified mail and first-class mail.

Ditech Financial LLC., Managers, Walters Management Holding Company LLC., 1100 Virginia Drive, Suite 100A, Fort Washington, PA 19034.  Via certified mail and first-class mail.

Ditech Financial LLC., FDBA, Green Tree Servicing LLC., P.O. Box 6176, Rapid City, South Dakota, 57709-6176.  Via certified mail and first-class mail.

DLJ Mortgage Capital Inc., Registered Agent, Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, Illinois, 62703.  Via certified mail and first-class mail.

Caliber Home Loans Inc., Registered Agent, CT Corporation System, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604.  Via certified mail first class mail.

Caliber Home Loans Inc., President Sanjiv Das, 1525 South Beltline Road, Coppell

1

Texas, 75019.  Via certified mail and first-class mail.

Rushmore Loan Management Services LLC., Registered Agent, Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, Illinois, 62703.  Via certified and first-class mail.

Rushmore Loan Management Services LLC., 15480 Laguna Canyon Road, Irvine, CA 92618.  Via certified mail and first-class mail.

J.P. Morgan Mortgage Acquisitions Corp., Registered Agent, CT Corporation System, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604.  Via certified and first-class mail.

J.P. Morgan Mortgage Acquisitions Corp., President Todd R. Cassan, 1301 Canyon Blvd., Boulder CO 80302.  Via certified mail and first-class mail.

Select Portfolio Servicing Inc., Registered Agent, Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, Illinois, 62703.  Via certified mail and first-class mail.

Select Portfolio Servicing Inc., President Timothy J. O'Brien, 3217 South Decker Lake Drive, Salt Lake City, Utah, 84165-0277.  Via certified mail and first-class mail.


/s/  Anthony Kudron

Anthony Kudron
Erik A. Martin
Attorney for Debtor
Semrad Law, L.L.C.
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625